UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
LEK SECURITIES CORPORATION and
ROX SYSTEMS, INC.

                                 *Plaintiffs*,

        – against –

NICOLAS LOUIS, JONATHAN FOWLER, VOLANT
HOLDING, LLC d/b/a VOLANT TRADING, VOLANT
TRADING, LLC, VOLANT LIQUIDITY, LLC, AND
VOLANT EXECUTION, LLC

                                 *Defendants.*
------------------------------------------------------------------- x

Case No.: _____

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Lek Securities Corporation and ROX Systems, Inc., which are private non-governmental parties, by and through their attorneys, hereby state that:

Lek Holdings Limited is Lek Securities Corporation's parent corporation and no publicly held corporation owns 10% or more of its stock.

ROX Systems, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
           March 8, 2018

DENTONS US LLP

By: _____
Brian S. Cousin
Mark M. Meredith
Christina S. Dumitrescu

1221 Avenue of the Americas
New York, New York 10025
(212) 768-6700
brian.cousin@dentons.com
mark.meredith@dentons.com
christina.dumitrescu@dentons.com

*Attorneys for Plaintiffs*

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

Paul D. Sarkozi
Carl F. Regelmann
Richard W. Trotter

900 Third Avenue
New York, New York 10022
(212) 508-6700
Sarkozi@thsh.com
Regelmann@thsh.com
Trotter@thsh.com

*Attorneys for Plaintiffs*