# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
LEK SECURITIES CORPORATION and
ROX SYSTEMS, INC.

                                     *Plaintiffs*,

- against –

NICOLAS LOUIS, JONATHAN FOWLER, VOLANT
HOLDING, LLC d/b/a VOLANT TRADING, VOLANT
TRADING, LLC, VOLANT LIQUIDITY, LLC, AND
VOLANT EXECUTION, LLC

                                     *Defendants*.
------------------------------------------------------------------- x

Case No.: _____

[PROPOSED]

## PLAINTIFFS' NOTICE OF DEPOSITION TO DEFENDANT NICOLAS LOUIS

PLEASE TAKE NOTICE, that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiffs, through their counsel, will take the deposition of Defendant Nicolas Louis on an expedited basis on a date and time ordered by the Court at the offices of Dentons US LLP, which are located at 1221 Avenue of the Americas, New York, New York 10020, or at such other time and/or location as the parties may agree or as the Court may order. The deposition testimony will continue until completed and will be recorded by video and stenographically.

Dated: March 8, 2019

                                                                                 DENTONS US LLP

                                                                                 By: s/ Brian S. Cousin
                                                                                      Brian S. Cousin, Esq.
                                                                                      Mark M. Meredith, Esq.
                                                                                      Christina S. Dumitrescu, Esq.
                                                                                      1221 Avenue of the Americas
                                                                                       New York, New York 10025
                                                                                       (212) 768-6700

                                                                                TANNENBAUM HELPERN SYRACUSE
                                                                                & HIRSCHTRITT LLP

                                                                                 Paul D. Sarkozi, Esq.

- 2 -

                                      Carl F. Regelmann, Esq.
                                      Richard W. Trotter, Esq.

                                      900 Third Avenue
                                      New York, New York 10022
                                      (212) 508-6700

                              *Attorneys for Plaintiffs*

To:
Patrick J. Boyd
The Boyd Law Group PLLC
370 Lexington Avenue, Suite 1012
New York, NY 10017
TEL 212.867.3675 / Direct Dial 212.867.5068 / FAX 212.867.5765
pboyd@theboydlawgroup.com
*Attorney for Jonathan Fowler*

Evan Weintraub, Esq.
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza
885 Second Avenue | New York, NY 10017
Telephone: (212) 909 - 9519 | Facsimile: (212) 909 - 9422
Email: weintraub@wmllp.com
*Attorney for Nicolas Louis*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
LEK SECURITIES CORPORATION and :
ROX SYSTEMS, INC. :
: Case No.: _____
:
*Plaintiffs*, :
: [PROPOSED]
:
- against – :
:
NICOLAS LOUIS, JONATHAN FOWLER, VOLANT :
HOLDING, LLC d/b/a VOLANT TRADING, VOLANT :
TRADING, LLC, VOLANT LIQUIDITY, LLC, AND :
VOLANT EXECUTION, LLC :
*Defendants*. :
------------------------------------------------------------------- x

### PLAINTIFFS' NOTICE OF DEPOSITION TO DEFENDANT JONATHAN FOWLER

PLEASE TAKE NOTICE, that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiffs, through their counsel, will take the deposition of on a date and time ordered by the Court, at the offices of Dentons US LLP, which are located at 1221 Avenue of the Americas, New York, New York 10020, or at such other time and/or location as the parties may agree or as the Court may order. The deposition testimony will continue until completed and will be recorded by video and stenographically.

Dated: March 8, 2019

                                                                   DENTONS US LLP

                                                                   By: <u>s/ Brian S. Cousin</u>
                                                                        Brian S. Cousin, Esq.
                                                                        Mark M. Meredith, Esq.
                                                                        Christina S. Dumitrescu, Esq.
                                                                        1221 Avenue of the Americas
                                                                        New York, New York 10025
                                                                        (212) 768-6700

                                                   TANNENBAUM HELPERN SYRACUSE
                                                   & HIRSCHTRITT LLP

                                                       Paul D. Sarkozi, Esq.

- 2 -

                                       Carl F. Regelmann, Esq.
                                       Richard W. Trotter, Esq.

                                       900 Third Avenue
                                       New York, New York 10022
                                       (212) 508-6700

                                       *Attorneys for Plaintiffs*

To:
Patrick J. Boyd
The Boyd Law Group PLLC
370 Lexington Avenue, Suite 1012
New York, NY 10017
TEL 212.867.3675 / Direct Dial 212.867.5068 / FAX 212.867.5765
pboyd@theboydlawgroup.com
*Attorney for Jonathan Fowler*

Evan Weintraub, Esq.
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza
885 Second Avenue | New York, NY 10017
Telephone: (212) 909 - 9519 | Facsimile: (212) 909 - 9422
Email: weintraub@wmllp.com
*Attorney for Nicolas Louis*