UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | |
|---|---|
| LEK SECURITES CORPORATION and ROX SYSTEMS, INC.<br><br>                    Plaintiffs<br><br>     -against-<br><br>NICOLAS LOUIS, JONATHAN FOWLER, VOLANT HOLDING, LLC d/b/A VOLANT TRADING, VOLANT TRADING, LLC, VOLANT LIQUIDITY, LLC, AND VOLANT EXECUTION, LLC<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:  Case No.: 1:19-cv-02142-RMB-<br>:  BCM<br>:<br>:  **NOTICE OF APPEARANCE OF**<br>:  **CARL F. REGELMANN**<br>:<br>:<br>:<br>:<br>: |

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that Carl F. Regelmann, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Plaintiffs Lek Securities Corporation and ROX Systems, Inc. in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notification, or other information relating to this matter be addressed to me at the address below, and that I be added as counsel for Plaintiffs on the Docket Sheet.

Dated:  New York, New York
        March 13, 2019

                                        **TANNENBAUM HELPERN**
                                        **SYRACUSE & HIRSCHTRITT LLP**


                                         _/s/ Carl F. Regelmann_
                                        By: Carl F. Regelmann
                                        900 Third Avenue
                                        New York, New York 10022
                                        (212) 508-6776
                                        regelmann@thsh.com
                                        *Attorneys for Plaintiffs*
                                        *Lek Securities Corporation and*
                                        *ROX Systems, Inc.*