UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

LEK SECURITES CORPORATION and ROX SYSTEMS, INC.

                Plaintiffs

    -against-

NICOLAS LOUIS, JONATHAN FOWLER, VOLANT HOLDING, LLC d/b/A VOLANT TRADING, VOLANT TRADING, LLC, VOLANT LIQUIDITY, LLC, AND VOLANT EXECUTION, LLC.

                Defendants

------------------------------------------------------------------- x

Case No.: 1:19-cv-02142-RMB-BCM

**NOTICE OF APPEARANCE OF PAUL D. SARKOZI**

**PLEASE TAKE NOTICE** that Paul D. Sarkozi, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Plaintiff's Lek Securities Corporation and ROX Systems, Inc. in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notification, or other information relating to this matter be addressed to me at the address below, and that I be added as counsel for Plaintiffs on the Docket Sheet.

Dated:  New York, New York
          March 13, 2019

                          **TANNENBAUM HELPERN
                          SYRACUSE & HIRSCHTRITT LLP**

                          _____*/s/ Paul D. Sarkozi*_____
                          By: Paul D. Sarkozi
                          900 Third Avenue
                          New York, New York 10022
                          (212) 508-7524
                          sarkozi@thsh.com
                          *Attorneys for Plaintiffs
                          Lek Securities Corporation and
                          ROX Systems, Inc.*