UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
LEK SECURITIES CORPORATION AND ROX         :  Civil Action No. 1:19-cv-02142-RMB-BCM
SYSTEMS, INC.,                             :
                                           :
              Plaintiffs,               :
                                           :
        - against -                      :
                                           :
NICOLAS LOUIS, JONATHAN FOWLER, VOLANT     :  **NOTICE OF APPEARANCE**
HOLDING, LLC d/b/a VOLANT TRADING,         :
VOLANT TRADING, LLC, VOLANT LIQUIDITY,     :
LLC, AND VOLANT EXECUTION, LLC,            :
                                           :
              Defendants.              :
                                           :
------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Schulte Roth & Zabel LLP, with offices located at 919 Third Avenue, New York, New York 10022, hereby appears on behalf of Volant Holding, LLC d/b/a Volant Trading, Volant Trading, LLC, Volant Liquidity, LLC, and Volant Execution, LLC ("Volant Defendants") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and email address indicated below.

I hereby certify that I am admitted to practice before this Court.

Dated: March 13, 2019
     New York, New York

SCHULTE ROTH & ZABEL LLP

By:  /s/ Howard Schiffman
    Howard Schiffman

919 Third Avenue
New York, New York 10022
Telephone:  (212) 756-2000
Facsimile:   (212) 593-5955
E-mail: Howard.Schiffman@srz.com

*Attorneys for Volant Defendants*