UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
LEK SECURITIES CORPORATION AND ROX :   Civil Action No. 1:19-cv-02142-RMB-BCM
SYSTEMS, INC., :
:
                      Plaintiffs, :
:
               - against - :
:
NICOLAS LOUIS, JONATHAN FOWLER, VOLANT :   **NOTICE OF APPEARANCE**
HOLDING, LLC d/b/a VOLANT TRADING, :
VOLANT TRADING, LLC, VOLANT LIQUIDITY, :
LLC, AND VOLANT EXECUTION, LLC, :
:
                      Defendants. :
:
-------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that Schulte Roth & Zabel LLP, with offices located at 919 Third Avenue, New York, New York 10022, hereby appears on behalf of Volant Holding, LLC d/b/a Volant Trading, Volant Trading, LLC, Volant Liquidity, LLC, and Volant Execution, LLC ("Volant Defendants") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and email address indicated below.

        I hereby certify that I am admitted to practice before this Court.

                                                SCHULTE ROTH & ZABEL LLP

Dated: March 13, 2019
       New York, New York                 By:  /s/ Max Garfield
                                                     Max Garfield

                                           919 Third Avenue
                                           New York, New York 10022
                                           Telephone:  (212) 756-2000
                                           Facsimile:  (212) 593-5955
                                           E-mail: Max.Garfield@srz.com

                                           *Attorneys for Volant Defendants*