UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
LEK SECURITIES CORPORATION : Civil Action No. 1:19-cv-02142-RMB-BCM
and ROX SYSTEMS, INC. :
:
:
Plaintiffs, :
:
v. : **RULE 7.1 CORPORATE DISCLOSURE**
: **STATEMENT**
NICOLAS LOUIS, JONATHAN FOWLER, VOLANT :
HOLDING, LLC d/b/a VOLANT TRADING, VOLANT :
TRADING, LLC, VOLANT LIQUIDITY, LLC, AND :
VOLANT EXECUTION, LLC. :
, :
:
Defendants. :
:
------------------------------------------------------------------x

      Defendants Volant Holding, LLC, Volant Trading, LLC, Volant Liquidity, LLC, and Volant Execution, LLC, by their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 7.1, respectfully submit the following Corporate Disclosure Statement.

      The parent company of Volant Execution, LLC, Volant Liquidity, LLC, and Volant Trading, LLC is Volant Holding, LLC.  No publicly held corporation owns ten percent or more of Volant Holding, LLC, Volant Execution, LLC, Volant Liquidity, LLC, and Volant Trading, LLC's stock.

Dated: March 13, 2019
      New York, New York

SCHULTE ROTH & ZABEL LLP

By:  /s/ Howard Schiffman
      Howard Schiffman

919 Third Avenue
New York, New York 10022
Telephone:  (212) 756-2000
Facsimile:  (212) 593-5955
E-mail: Howard.Schiffman@srz.com

*Attorneys for Volant Holding, LLC, Volant Trading, LLC, Volant Liquidity, LLC, and Volant Execution, LLC*