

March 13, 2019

**Via ECF and By Hand**
Hon. Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse,
500 Pearl Street,
New York, NY 10007

        Re:    *Lek Securities Corporation et ano. v. Nicolas Louis et al.*, No.: 19-cv-02142(RMB/BCM)

Dear Judge Berman,

    This firm represents defendants Nicolas Louis and Jonathan Fowler in the above-referenced matter. In accordance with this Court's Order dated March 8, 2019, I enclose courtesy copies of the following documents that are being filed on the Court's ECF system this afternoon:

- March 13, 2019 Memorandum of Law in Opposition to Motion for Preliminary Injunction and Temporary Restraining Order;
- March 13, 2019 Declaration of Nicolas Louis;
- March 13, 2019 Declaration of Jonathan Fowler; and
- March 13, 2019 Declaration of Robert S. Landy and Exhibits 1 to 8 thereto.

                      Respectfully submitted,

                      s/ Robert S. Landy
                      Robert S. Landy
                      FORD O'BRIEN LLP
                      575 Fifth Avenue
                      17th Floor
                      New York, New York 10017

                      *Counsel to Defendants Nicolas Louis*
                      *and Jonathan Fowler*

cc:    All Counsel of Record (via ECF only)