# Schulte Roth & Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Howard Schiffman
202.729.7461

Writer's E-mail Address
Howard.Schiffman@srz.com

March 13, 2019

**VIA ECF & HAND DELIVERY**

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/19
```

Re: *Lek Securities Corporation, et al., v. Louis, et al.,*
Case No. 1:19-cv-02142-RMB– Request To File Oversized Brief

Dear Judge Berman:

We are counsel to Defendants Volant Holding, LLC d/b/a Volant Trading, Volant Trading, LLC, Volant Liquidity, LLC, and Volant Execution, LLC (collectively "Volant" or "Volant Defendants") and write regarding Plaintiffs Lek Securities Corporation ("Lek") and ROX Systems, Inc.'s ("ROX," together with Lek, "Plaintiffs") pending application for a temporary restraining order and preliminary injunction.

Plaintiffs' brief in support of their application for a temporary restraining order and preliminary injunction was 45 pages (*See* Dkt. No. 7). In order for us to more adequately address the issues presented in Plaintiffs' 45 page brief, we respectfully request that Your Honor allow Volant Defendants to file a brief in opposition to exceed no more than 35 pages.

We have conferred with counsel for Plaintiffs, and they consent to the requested page limit extension.

Respectfully Submitted,

/s/ Howard Schiffman

Howard Schiffman

cc: All Counsel of Record (*via ECF*)

Hon. Richard M. Berman
March 13, 2019
Page 2

SO ORDERED:

*/s/ Richard M. Berman*
Honorable Richard M. Berman
United States District Judge

Dated: March 13, 2019