UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEK SECURITIES CORPORATION and ROX SYSTEMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NICOLAS LOUIS, JONATHAN FOWLER, VOLANT HOLDING, LLC d/b/a VOLANT TRADING, VOLANT TRADING, LLC, VOLANT LIQUIDITY, LLC, AND VOLANT EXECUTION, LLC,<br><br>Defendants. | Civil Case No. 1:19-cv-02142-RMB-BCM<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE, that attorney Ian G. DiBernardo, a member of the firm of Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, N.Y. 10038, hereby appears as co-counsel in the above-captioned action on behalf of Volant Holding, LLC d/b/a Volant Trading, Volant Trading, LLC, Volant Liquidity, LLC, and Volant Execution, LLC ("Volant Defendants") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and email address indicated below.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
March 13, 2019

STROOCK & STROOCK & LAVAN LLP

By: *s/ Ian G. DiBernardo*
Ian G. DiBernardo
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
E-Mail: idibernardo@stroock.com

*Attorneys for Volant Defendants*

## CERTIFICATE OF SERVICE

I, Ian G. DiBernardo, hereby certify that on this 13th day of March 2019, a correct copy of the forgoing document, **NOTICE OF APPEARANCE**, was electronically filed with the Clerk of the Court by using the CM/ECF system which will send notification to the following:

Brian Scott Cousin
**Dentons US LLP**
1221 Avenue of The Americas
New York, New York 10020
Email: brian.cousin@dentons.com
*Counsel for Plaintiffs Lek Securities Corporation and Rox Systems, Inc.*

Robert Seabrook Landy
**Ford O'Brien LLP**
85 Broad Street, 28th Floor
New York, New York 10004
Email: rlandy@fordobrien.com
*Counsel for Defendants Nicolas Louis and Jonathan Fowler*

Dated: March 13, 2019

*s/ Ian G. DiBernardo*
Ian G. DiBernardo