```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEK SECURITIES CORPORATION AND ROX :
SYSTEMS, INC.,
                                                                    :
                    Plaintiffs,                       :
                                                                    :      19 Civ. 2142 (RMB) (BCM)
           - against -                                    :
                                                                    :      **ORDER**
NICHOLAS LOUIS, JONATHAN FOWLER, :
VOLANT HOLDING, LLC d/b/a/ VOLANT :
TRADING, VOLANT TRADING, LLC, VOLANT :
LIQUIDITY, LLC, AND VOLANT EXECUTION, :
LLC,                                                          :
                                                                    :
                    Defendants.                    :
------------------------------------------------------------x

The March 8, 2019 TRO is continued through Thursday, March 21, 2019 (rather than Wednesday, March 20, 2019).

The conference currently scheduled for Wednesday, March 20, 2019, is hereby rescheduled to Thursday, March 21, 2019, at 2:00 p.m. in Courtroom 17B of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York 10007.

The Court and Magistrate Judge Barbara C. Moses are available to assist the parties in resolving disputed issues, as is the S.D.N.Y. Mediation Program, headed by Rebecca Price.

Plaintiffs are directed to submit a written reply to Defendants' oppositions by Monday, March 25, 2019 at 3:00 p.m.

Dated: New York, New York
           March 14, 2019

*RMB* (signature)

**RICHARD M. BERMAN**
U.S.D.J.