

**Tannenbaum Helpern
Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Paul D. Sarkozi**
Direct Dial: (212) 508-7524
E-mail: sarkozi@thsh.com

**Via ECF and Hand Delivery**

March 19, 2019

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Lek Securities Corporation et al v. Louis et al
      <u>Case 1:19-cv-02142-RMB-BCM</u>

Dear Judge Berman:

The parties have been able to schedule a mediation with Magistrate Judge Moses on March 25, 2019 from 9 am to 12 noon. Due to the Magistrate Judge's limited availability (even though she was incredibly flexible, including offering the parties time on Saturdays), due to various scheduling conflicts, this was the earliest date the parties were able to schedule. In light of these developments, the parties jointly request that the Court adjourn the Status Conference, currently scheduled for March 21 at 2:00 pm, until the afternoon of March 28, 2019, if that time works for the Court. The Defendants have agreed to extend the temporary restraining order until the proposed rescheduled Status Conference.

Respectfully submitted,

Paul D. Sarkozi

cc:   **(Via Email and ECF)**
      Howard Schiffman, Esq.
      Robert Landy, Esq.
      Brian S. Cousin, Esq.