

**Tannenbaum Helpern Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Paul D. Sarkozi**
Direct Dial: (212) 508-7524
E-mail: sarkozi@thsh.com

**Via ECF**

March 21, 2019

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    Lek Securities Corporation, et al. v. Louis, et al.
             Case 1:19-cv-02142-RMB-BCM

Dear Judge Berman:

    In light of the Court's Order adjourning the Status Conference until April 1 and in light of the mediation scheduled before Judge Moses on March 25, Plaintiffs – with the consent of all Defendants' counsel – respectfully request that Plaintiffs' deadline to file its reply papers be extended from March 25 to March 28, 2019 at 3 pm so that the Plaintiffs can focus their efforts on settlement.

                                                  Respectfully submitted,

                                                   Paul D. Sarkozi

cc:    (Via Email and ECF)
       Howard Schiffman, Esq.
       Robert Landy, Esq.
       Brian S. Cousin, Esq.