

**Tannenbaum Helpern
Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

Paul D. Sarkozi
Direct Dial: (212) 508-7524
E-mail: sarkozi@thsh.com

MEMO ENDORSED
p.1

**Via ECF**

March 21, 2019

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/19
```

Re:   Lek Securities Corporation, et al. v. Louis, et al.
      Case 1:19-cv-02142-RMB-BCM

Dear Judge Berman:

In light of the Court's Order adjourning the Status Conference until April 1 and in light of the mediation scheduled before Judge Moses on March 25, Plaintiffs – with the consent of all Defendants' counsel – respectfully request that Plaintiffs' deadline to file its reply papers be extended from March 25 to March 28, 2019 at 3 pm so that the Plaintiffs can focus their efforts on settlement.

Respectfully submitted,

Paul D. Sarkozi

cc:   (Via Email and ECF)
      Howard Schiffman, Esq.
      Robert Landy, Esq.
      Brian S. Cousin, Esq.

*Application granted*

SO ORDERED:
Date: 3/21/19
Richard M. Berman
Richard M. Berman, U.S.D.J.

-1