大成 DENTONS

**Brian S. Cousin**
Partner

brian.cousin@dentons.com
D   +1 212 398 5776

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

March 27, 2019



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/19

**VIA ECF**

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 100007-1312

    Re:    *Lek Securities Corporation, et al. v. Louis, et al.*,
              Case No. 1:19-cv-02142-RMB - Request To File Oversized Brief

Dear Judge Berman:

    We are writing on behalf of Plaintiffs Lek Securities Corporation and ROX Systems, Inc. to request an extension of the current 10-page limit set for Plaintiffs' Reply Memorandum in Support of Their Application for a Temporary Restraining Order and Preliminary Injunction (the "Application") pursuant to Fed. R. Civ. P. 27(d)(2)(D).

    Defendants Volant Holding, LLC d/b/a Volant Trading's, Volant Trading, LLC's, Volant Liquidity, LLC's, and Volant Execution, LLC's brief in opposition to Plaintiff's Application was 33 pages (*see* ECF No. 21). Defendants Nicolas Louis's and Jonathan Fowler's brief in opposition to the Application was 22 pages (*see* ECF No. 23). In order for us to more adequately address the arguments presented in Defendants' briefs, totaling 55 pages, Plaintiffs respectfully request that Your Honor grant Plaintiffs an additional five-page extension and allow Plaintiffs to file a reply brief to exceed no more than 15 pages.

    We have conferred with counsel for all Defendants, and they do not object to the requested page limit extension.

    Plaintiffs also plan to submit a separate letter to the Court with respect to the schedule for the preliminary injunction motion in light of Magistrate Judge Moses' order regarding expedited discovery in aid of that motion. ECF No. 39 (ordering the parties to submit a joint letter attaching



Hon. Richard M. Berman
March 27, 2019
Page 2

dentons.com

(1) an agreed-upon proposed discovery scheduling order and (b) an agreed-upon form of protective order no later than April 2, 2019).

Respectfully submitted,

Brian S. Cousin
Partner

cc: All Counsel of Record (*via ECF*)

**SO ORDERED:**

Honorable Richard M. Berman
United States District Judge