UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

LEK SECURITIES CORPORATION AND ROX SYSTEMS, INC.,

                Plaintiffs,

- against -

NICOLAS LOUIS, JONATHAN FOWLER, VOLANT HOLDING, LLC d/b/a/ VOLANT TRADING, VOLANT TRADING, LLC, VOLANT LIQUIDITY, LLC, AND VOLANT EXECUTION, LLC,

                Defendants.

-------------------------------------------------------------x

19 Civ. 2142 (RMB) (BCM)

**ORDER**

      Following up the discussion at our last conference about whether the $10,000 bond in this matter is, as Defense Counsel argued, "disproportionate," see Transcript, dated Apr. 1, 2019 at 13, the parties are directed to submit three-page letter briefs supporting the appropriate amount of the cash bond which is supporting the TRO. Be sure to cite cases with specific bond amounts that support your positions. The submissions are due by Monday, April 8, 2019, at noon.

Dated: New York, New York
       April 4, 2019

                                                RICHARD M. BERMAN
                                                    U.S.D.J.

1