UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

LEK SECURITIES CORPORATION and
ROX SYSTEMS, INC.,

                              *Plaintiffs*,

      - against –

NICOLAS LOUIS, JONATHAN FOWLER, VOLANT
HOLDING, LLC d/b/a VOLANT TRADING, VOLANT
TRADING, LLC, VOLANT LIQUIDITY, LLC, AND
VOLANT EXECUTION, LLC,

                              *Defendants*.

------------------------------------------------------------------- x

Case No.: 19-CV-02142 (RMB/BCM)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      **PLEASE TAKE NOTICE** that Mark D. Meredith of the law firm Dentons US LLP hereby enters his appearance as counsel for plaintiffs Lek Securities Corporation and ROX Systems, Inc. in the above referenced action. I certify that I am admitted to practice in this Court.

Dated: April 8, 2019

                                                Respectfully submitted,

                                                By: /s/ Mark D. Meredith
                                                Mark D. Meredith, Esq.
                                                Dentons US LLP
                                                1221 Avenue of the Americas
                                                New York, New York 10020
                                                Phone: 212-768-6700
                                                Fax: 212-768-6800
                                                mark.meredith@dentons.com