UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

LEK SECURITIES CORPORATION and
ROX SYSTEMS, INC.

                            *Plaintiffs*,

    - against –

NICOLAS LOUIS, JONATHAN FOWLER, VOLANT
HOLDING, LLC d/b/a VOLANT TRADING, VOLANT
TRADING, LLC, VOLANT LIQUIDITY, LLC, AND
VOLANT EXECUTION, LLC
                            *Defendants*.
-------------------------------------------------------------------- x

Case No.: 19-CV-02142
(RMB/BCM)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    **PLEASE TAKE NOTICE** that Christina S. Dumitrescu of the law firm Dentons US LLP hereby enters her appearance as counsel for plaintiffs Lek Securities Corporation and ROX Systems, Inc. in the above referenced action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       April 8, 2019

                                                      Respectfully submitted,

                                                      By: /s/ Christina S. Dumitrescu
                                                      Christina S. Dumitrescu
                                                      Dentons US LLP
                                                      1221 Avenue of the Americas
                                                      New York, New York 10020
                                                      Phone: 212-768-6937
                                                      Fax: 212-768-6800
                                                      Christina.Dumitrescu@dentons.com