UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEK SECURITIES CORPORATION and ROX SYSTEMS, INC.,<br><br>                    *Plaintiffs*.<br><br>v.<br><br>NICOLAS LOUIS, JONATHAN FOWLER, VOLANT HOLDING, LLC d/b/a VOLANT TRADING, VOLANT TRADING, LLC, VOLANT LIQUIDITY, LLC, AND VOLANT EXECUTION, LLC,<br><br>                    *Defendants*. | CASE NO.: 19-CV-02142 (RMB/BCM)<br><br><br><br><br><br>**<u>NOTICE OF APPEARANCE</u>** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Toby S. Soli of the law firm Greenberg Traurig, LLP hereby enters her appearance as counsel in this case for defendants Volant Holding, LLC d/b/a Volant Trading, Volant Trading, LLC, Volant Liquidity, LLC, and Volant Execution, LLC (collectively, the "Volant Defendants").  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        April 10, 2019

Respectfully submitted,
GREENBERG TRAURIG, LLP

By:     /s/ *Toby S. Soli*
        Toby S. Soli
200 Park Avenue
New York, New York 10166
Tel.:  (212) 801-3196
Fax:  (2121) 801-6400
Email:  solit@gtlaw.com

*Counsel for Volant Defendants*