

Toby S. Soli
Tel 212-801-3196
Fax 212-801-6400
solit@gtlaw.com

April 12, 2019

**VIA ECF**

The Honorable Barbara C. Moses
United States District Court Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Lek Securities Corporation, et ano. v. Nicolas Louis, et al.,*
            Case No. 19-cv-02142 (RMB/BCM)

Dear Judge Moses:

    I was just retained and entered my appearance on behalf of Defendants Volant Holding, LLC d/b/a Volant Trading, Volant Trading, LLC, Volant Liquidity, LLC, and Volant Execution, LLC (the "Volant Defendants") to act as lead counsel in the above-referenced case. At my request, the parties have agreed to a very short extension of a few days on certain deadlines contained in the Court's Expedited Discovery and Case Management Order dated April 5, 2019 [Dkt. # 49]. As reflected in the attached Stipulation, the parties have agreed to extend the time for Defendants to answer or otherwise respond to the complaint to Monday, April 15, 2019, and have agreed to extend the time for certain discovery responses to next Friday, April 19, 2019. These changes do not affect any of the dates or deadlines related to court conferences or court proceedings. Accordingly, the parties respectfully request that the Stipulation be So Ordered.

                                        Respectfully submitted,

                                        Toby S. Soli

cc: All counsel of record

GREENBERG TRAURIG, LLP ∎ ATTORNEYS AT LAW ∎ WWW.GTLAW.COM
MetLife Building ∎ 200 Park Avenue ∎ New York, NY 10166 ∎ Tel 212.801.9200 ∎ Fax 212.801.6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEK SECURITIES CORPORATION and ROX SYSTEMS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> NICOLAS LOUIS, JONATHAN FOWLER, VOLANT HOLDING, LLC d/b/a VOLANT TRADING, VOLANT TRADING, LLC, VOLANT LIQUIDITY, LLC, AND VOLANT EXECUTION, LLC, <br><br> *Defendants.* | CASE NO.: 19-CV-02142 (RMB/BCM) <br><br> **STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that certain deadlines contained in the Court's Expedited Discovery and Case Management Order dated April 5, 2019 [Dkt. # 49] be extended as follows:

1. <u>Joinder and Amendment</u>: Defendants' time to answer or otherwise respond to the complaint is extended from April 12, 2019 to **April 15, 2019**.

2. <u>Automatic Disclosures and Written Discovery Responses</u>. The deadline for the parties to respond to the below discovery is extended from April 15, 2019 to **April 19, 2019**:

    a. exchange the disclosure required by Fed. R. Civ. P. 26(a)(1);

    b. serve all remaining objections and responses to each other's previously-served written discovery requests;

    c. produce all responsive documents not objected to or withheld on the basis of privilege; and

    d. serve their privilege logs in compliance with Local Civil Rule 26.2.

3. All other deadlines in the Order will remain the same.

| DENTONS US LLP | GREENBERG TRARUG, LLP |
|---|---|
| By: /s/ Brian S. Cousin<br>Brian S. Cousin<br>Mark D. Meredith<br>Christina S. Dumitrescu<br>1221 Avenue of the Americas<br>New York, New York 10025<br>(212) 768-6700<br>brian.cousin@dentons.com<br>mark.meredith@dentons.com<br>christina.dumitrescu@dentons.com<br><br>-and-<br><br>Paul D Sarkozi<br>Carl F. Regelmann<br>TANNENBAUM HELPERN SYRACUSE<br>& HIRSCHTRITT LLP<br>900 Third Avenue<br>New York, New York 10022<br>(212) 508-6700<br>sarkozi@thsh.com<br>regelmann@thsh.com<br><br>*Attorneys for Plaintiffs* | By: /s/ Toby S. Soli<br>Toby S. Soli<br>200 Park Avenue<br>New York, New York 10166<br>(212) 801-9200<br>solit@gtlaw.com<br><br>-and-<br><br>Howard Schiffman<br>SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 756-2000<br>howard.schiffman@srz.com<br><br>*Attorneys for Volant Defendants*<br><br>FORD O'BRIEN LLP<br><br>By: /s/ Robert S. Landy<br>Robert S. Landy<br>575 Fifth Avenue<br>17th Floor<br>New York, New York 10017<br>rlandy@fordobrien.com<br><br>*Attorenys for Defendants*<br>*Nicolas Louis and Jonathan Fowler* |
| Dated: April ___, 2019<br>New York, New York | SO ORDERED:<br><br>_____<br>Hon. Barbara Moses, USMJ |

2