USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/12/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LEK SECURITIES CORPORATION and
ROX SYSTEMS, INC.,

                    *Plaintiffs,*

v.

NICOLAS LOUIS, JONATHAN FOWLER,
VOLANT HOLDING, LLC d/b/a VOLANT
TRADING, VOLANT TRADING, LLC, VOLANT
LIQUIDITY, LLC, AND VOLANT EXECUTION,
LLC,

                    *Defendants.*

CASE NO.:  19-CV-02142
(RMB/BCM)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that certain deadlines contained in the Court's Expedited Discovery and Case Management Order dated April 5, 2019 [Dkt. # 49] be extended as follows:

1.      Joinder and Amendment:  Defendants' time to answer or otherwise respond to the complaint is extended from April 12, 2019 to **April 15, 2019**.

2.      Automatic Disclosures and Written Discovery Responses.  The deadline for the parties to respond to the below discovery is extended from April 15, 2019 to **April 19, 2019**:

      a.  exchange the disclosure required by Fed. R. Civ. P. 26(a)(1);

      b.  serve all remaining objections and responses to each other's previously-served written discovery requests;

      c.  produce all responsive documents not objected to or withheld on the basis of privilege; and

      d.  serve their privilege logs in compliance with Local Civil Rule 26.2.

3.    All other deadlines in the Order will remain the same.

DENTONS US LLP

By: /s/ Brian S. Cousin
     Brian S. Cousin
Mark D. Meredith
Christina S. Dumitrescu
1221 Avenue of the Americas
New York, New York 10025
(212) 768-6700
brian.cousin@dentons.com
mark.meredith@dentons.com
christina.dumitrescu@dentons.com

-and-

Paul D Sarkozi
Carl F. Regelmann
TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700
sarkozi@thsh.com
regelmann@thsh.com

*Attorneys for Plaintiffs*

GREENBERG TRARUG, LLP

By: /s/ Toby S. Soli
     Toby S. Soli
200 Park Avenue
New York, New York 10166
(212) 801-9200
solit@gtlaw.com

-and-

Howard Schiffman
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
howard.schiffman@srz.com

*Attorneys for Volant Defendants*

FORD O'BRIEN LLP

By: /s/ Robert S. Landy
     Robert S. Landy
575 Fifth Avenue
17th Floor
New York, New York 10017
rlandy@fordobrien.com

*Attorenys for Defendants*
*Nicolas Louis and Jonathan Fowler*

Dated: April 12 , 2019
New York, New York

SO ORDERED:

_____
Hon. Barbara Moses, USMJ