AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Lek Securities Corporation et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-02142-RMB-BCM |
| Louis et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Nicolas Louis and Jonathan Fowler.

Date:   04/15/2019

*Attorney's signature*

M. Aaron Ford 4710398
*Printed name and bar number*

Ford O'Brien LLP
575 Fifth Avenue
17th Floor
New York, New York 10017
*Address*

mford@fordobrien.com
*E-mail address*

(212) 858-0040
*Telephone number*

(646) 650-2219
*FAX number*