UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| LEK SECURITIES CORPORATION and ROX SYSTEMS, INC., | No. 19-cv-02142 (RMB) (BCM) |
| Plaintiffs, | |
| v. | |
| NICOLAS LOUIS, JONATHAN FOWLER, VOLANT HOLDINGS, LLC, d/b/a VOLANT TRADING, VOLANT TRADING, LLC, VOLANT LIQUIDITY, LLC, and VOLANT EXECUTION, LLC, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF MOTION TO DISMISS
## CLAIMS PLEADED AGAINST THE VOLANT DEFENDANTS

**PLEASE TAKE NOTICE** that upon the Complaint filed on March 7, 2019 in the above-captioned action and the accompanying Memorandum of Law in Support of the Motion to Dismiss Claims Pleaded Against the Volant Defendants, defendants Volant Holding, LLC d/b/a Volant Trading; Volant Trading, LLC; Volant Liquidity, LLC; and Volant Execution, LLC (collectively, "Volant"), will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Richard M. Berman, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing the Complaint as against Volant, with prejudice, and for such other and further relief as this Court may deem just and proper.

| | |
|---|---|
| Dated: April 15, 2019 | Respectfully submitted,<br><br>GREENBERG TRAURIG, LLP<br><br>By:    /s/ Toby S. Soli<br>         Toby S. Soli<br>200 Park Avenue<br>New York, New York 10166<br>(212) 801-3196<br>solit@gtlaw.com<br><br>-and-<br><br>Howard Schiffman<br>Max Garfield<br>Hannah M. Thibideau<br>SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 756-2000<br><br>*Attorneys for Defendants Volant Holding, LLC d/b/a Volant Trading; Volant Trading, LLC; Volant Liquidity, LLC; and Volant Execution, LLC* |