

**Tannenbaum Helpern
Syracuse & Hirschtritt** LLP

900 Third Avenue, New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Carl F. Regelmann**
Direct Dial: (212) 508-6776
E-mail: regelmann@thsh.com

**Via ECF**

April 17, 2019

Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/19
```

Re: Lek Securities Corporation, et al. v. Louis, et al.
Case 1:19-cv-02142-RMB-BCM

Dear Judge Moses:

I write on behalf of the Plaintiffs in the above titled action. Plaintiffs were given leave to serve a deposition subpoena on non-party B. Riley Capital Management, LLC in Your Honor's April 5, 2019 discovery order (ECF No. 49). Plaintiffs request leave to also serve a deposition subpoena on the entity B. Riley FBR, Inc. Plaintiffs will complete the two B. Riley depositions, if necessary, within the seven hours already permitted by Your Honor's April 5, 2019 order and will not be requesting any additional time to complete the depositions. Counsel for each of the Defendants have consented to Plaintiffs' request to serve this additional deposition subpoena.

**MEMO ENDORSED**

Respectfully submitted,

\s\ Carl F. Regelmann
Carl F. Regelmann

cc: (Via Email and ECF)
Howard Schiffman, Esq.
Robert Landy, Esq.
M. Aaron Ford, Esq.
Toby S. Soli, Esq.
Ian Gregg DiBernardo, Esq.
Brian S. Cousin, Esq.

SO ORDERED.

_____
Barbara Moses, U.S.M.J.
April 17, 2019