```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LEK SECURITIES CORPORATION and ROX
SYSTEMS, INC.,

               Plaintiffs,

     v.

NICOLAS LOUIS, JONATHAN FOWLER,
VOLANT HOLDINGS, LLC, d/b/a VOLANT
TRADING, VOLANT TRADING, LLC, VOLANT
LIQUIDITY, LLC, and VOLANT EXECUTION,
LLC,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 19-cv-02142 (RMB) (BCM)

**MEMO ENDORSED**

## NOTICE OF MOTION TO DISMISS
## CLAIMS PLEADED AGAINST THE VOLANT DEFENDANTS

**PLEASE TAKE NOTICE** that upon the Complaint filed on March 7, 2019 in the above-captioned action and the accompanying Memorandum of Law in Support of the Motion to Dismiss Claims Pleaded Against the Volant Defendants, defendants Volant Holding, LLC d/b/a Volant Trading; Volant Trading, LLC; Volant Liquidity, LLC; and Volant Execution, LLC (collectively, "Volant"), will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Richard M. Berman, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing the Complaint as against Volant, with prejudice, and for such other and further relief as this Court may deem just and proper.

Dated: April 15, 2019

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: ___/s/ Toby S. Soli___
    Toby S. Soli
200 Park Avenue
New York, New York 10166
(212) 801-3196
solit@gtlaw.com

-and-

Howard Schiffman
Max Garfield
Hannah M. Thibideau
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

*Attorneys for Defendants Volant Holding, LLC d/b/a Volant Trading; Volant Trading, LLC; Volant Liquidity, LLC; and Volant Execution, LLC*

---

Motion dismissed (without prejudice) as not in accordance with the Court's individual rules. You know that, right?

SO ORDERED
Date: 4/22/19
Richard M. Berman
Richard M. Berman, U.S.D.J.

2