```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEK SECURITIES CORPORATION, et ano.,

        Plaintiffs,

   -against-

NICOLAS LOUIS, et al.,

        Defendant.

19-CV-2142 (RMB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the letter-application filed by defendants Nicolas Louis and Johnathan Fowler (the Individual Defendants) on May 2, 2019 (Dkt. No. 83), which requests that the Court:

> temporarily revise the Protective Order by Consent (ECF Doc. No. 54), so as to: (1) permit the Individual Defendants the ability to review Plaintiffs' fourth production volume on the Relativity database established by this firm without attorney supervision until the time of the next conference; and (2) specifically ordering Mr. Louis and Mr. Fowler not to copy, download or otherwise record the material that they review during this time (except that in the course of assisting counsel, they may apply coding tags or make notes in the firm's Relativity system, or make notes on any computer owned by Ford O'Brien so long as such notes are not thereafter transferred to the Individual Defendants' possession).

(*Id.* at 1.)

    The letter-application is GRANTED to the extent that, pending further order of the Court or stipulation of the parties, the Individual Defendants may review plaintiffs' "fourth production volume on the Relativity database" without attorney supervision, ON THE CONDITION THAT, before any such review, each Individual Defendant must execute (and provide to his counsel, who must retain) a copy of the Agreement to be Bound attached to this Order as Exhibit 1.

Dated: New York, New York
      May 2, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

**EXHIBIT 1**
**AGREEMENT TO BE BOUND**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEK SECURITIES CORPORATION AND ROX :
SYSTEMS, INC.,
                                                            :      Case No.: 1:19-cv-02142 (RMB/BCM)
                                                            :
            *Plaintiffs*,                                   :
                                                            :
       - against -                                          :
                                                            :
NICOLAS LOUIS, JONATHAN FOWLER,             :
VOLANT HOLDING, LLC d/b/a VOLANT
TRADING, VOLANT TRADING, LLC,               :
VOLANT LIQUIDITY, LLC, AND VOLANT           :
EXECUTION, LLC,
                                                            :
            *Defendants*.                                   :
------------------------------------------------------------x

I, _____, hereby certify that I have read and that I understand the Protective Order by Consent (the "Confidentiality Order") entered by the United States District Court for the Southern District of New York in this action, as well as the Court's Order dated May 2, 2019.  I understand that I am not permitted to make, or attempt to make, any copy or record, in whole or in part, of the contents of any document designated "Attorneys' Eyes Only" under that Confidentiality Order, as to which I am allowed "view only" access -- including without limitation the making of any summary, writing, photograph, video, image, note, memorialization or "take away" of any nature whatsoever -- except for notes made on the Relativity system of, or any computer owned by, Ford O'Brien LLP, which notes I agree not to retain any copy or record of, in whole or in part.

DATE: _____        SIGNATURE: _____