USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/19

**大成 DENTONS**

Mark D. Meredith
Counsel

mark.meredith@dentons.com
D  +1 212 768 6852

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

---

> Application GRANTED. The status conference scheduled for May 29, 2019 at 9:00 a.m. (Dkt. No. 90 ¶ 5) is ADJOURNED to **June 4, 2019, at 10:00 a.m.** No later than **noon on June 3, 2019**, the parties shall submit a joint status letter outlining the progress of discovery to date, including any outstanding discovery disputes requiring judicial resolution, and updating the Court on the parties' settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.
> SO ORDERED.
>
> *[signature]*
> Barbara Moses, U.S.M.J.
> May 28, 2019

May 28, 2019

**BY ECF**

Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom 20A
New York, NY 10007

Re:  *Lek Securities Corp., et al. v. Nicolas Louis, et al.*,
Case No. 1:19-cv-02142 (RMB/BCM)
Joint Letter on Status of Discovery and Settlement Efforts

**MEMO ENDORSED**

Dear Judge Moses:

This joint status letter is respectfully submitted in response to Your Honor's Order, dated May 9, 2019 (ECF No. 90) (the "Order"), instructing the parties to submit a joint letter "outlining the progress of discovery to date, including any outstanding discovery disputes requiring judicial resolution, and updating the Court on the parties' settlement efforts, if any. If no discovery controversies exist at that time, the parties may request that the conference [scheduled for May 29, 2019 at 9:00 a.m.] be held telephonically."

By letter dated May 20, 2019 (ECF No. 95), the parties notified Judge Berman that the parties had reached a settlement in principle and were working out the final details. We write to inform you that the parties are finalizing a binding memorandum of understanding and are hopeful that it will be completed by the end of this week. Accordingly, the parties jointly request that the conference scheduled for tomorrow be adjourned for a week (or to another date that is acceptable to the Court). If an adjournment of the conference is not acceptable to the Court, the parties jointly request that tomorrow's conference be held telephonically.



Hon. Barbara Moses
May 28, 2019
Page 2

dentons.com

There are no current discovery disputes that require judicial resolution. In the unlikely event that the parties are unable to finalize a binding memorandum of understanding this week, the parties will contact the Court to request an extension of the discovery deadlines.

Respectfully submitted,

/s Mark D. Meredith
Mark D. Meredith

cc: All Counsel of Record