大成 DENTONS

**Mark D. Meredith**
Counsel

mark.meredith@dentons.com
D +1 212 768 6852

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

# MEMO ENDORSED

June 3, 2019

**BY ECF**

Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom 20A
New York, NY 10007

> Application GRANTED. The status conference scheduled for June 4, 2019 shall be conducted telephonically.
>
> It is further ORDERED that, due to a conflict on the Court's calendar, the status conference scheduled for June 4, 2019, at 10:00 a.m., shall take place on **June 4, 2019, at 9:30 a.m.** Counsel are directed to call chambers at (212) 805-0228 a few minutes before 9:30 a.m., with all counsel on one line.
>
> SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> June 3, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/19

Re:   *Lek Securities Corp., et al. v. Nicolas Louis, et al.*,
      Case No. 1:19-cv-02142 (RMB/BCM)
      Joint Letter on Status of Discovery and Settlement Efforts

Dear Judge Moses:

This joint status letter is respectfully submitted in response to Your Honor's Order, dated May 28, 2019 (ECF No. 98) (the "Order"), instructing the parties to submit a joint letter "outlining the progress of discovery to date, including any outstanding discovery disputes requiring judicial resolution, and updating the Court on the parties' settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference [scheduled for June 4, 2019 at 10:00 a.m.] be held telephonically."

We write to inform you that the parties continue to make substantial progress towards a binding agreement and have further narrowed the remaining issues. We are very close to finalizing a binding memorandum of understanding and are hopeful that it will be completed within the next day or two. There are no outstanding discovery controversies. However, because the parties have not yet entered into a final memorandum of understanding, the parties jointly request that the conference scheduled for tomorrow be held telephonically.



Hon. Barbara Moses
June 3, 2019
Page 2

dentons.com

Respectfully submitted,

/s Mark D. Meredith
Mark D. Meredith

cc: All Counsel of Record

111090618