大成 DENTONS

**Brian S. Cousin**
Partner

brian.cousin@dentons.com
D  +1 212 398 5776

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

**Via ECF**                                                                                                               June 24, 2019

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *Lek Securities Corporation, et al. v. Louis, et al.*
      Case 1:19-cv-02142-RMB-BCM

Dear Judge Berman:

  The parties write to jointly inform the Court that a settlement of all claims has been reached in the above-referenced action. Accordingly, the parties respectfully request an adjournment of all scheduled court dates and discovery deadlines.  Plaintiffs' counsel expects to file appropriate dismissal papers within the next several days.

            Respectfully submitted,

            /s Brian S. Cousin
            Brian S. Cousin
             Dentons US LLP
            Paul D. Sarkozi
             Tannenbaum Helpern Syracuse & Hirschtritt LLP

cc:   All Counsel of Record (via ECF)